

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

FEB 1 9 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOHN BATES | § | |
| PLAINTIFF, | § § § | |
| VS. | § § | CIVIL ACTION NO. H-00-2914 |
| TIOGA PIPE SUPPLY, INC., | § | JURY DEMANDED |
| ~~MORT KEISER, in his Individual~~ and Official Capacity, | § § § | |
| BENNETT KEISER, in his Individual and Official Capacity, | § § | |
| ANDREW KEISER, in his Individual and Official Capacity, and | § § | |
| DAVID KEISER, in his Individual and Official Capacity | § § § | |
| DEFENDANTS. | § § | |

## AGREED ORDER OF DISMISSAL

IT IS ORDERED THAT

1. All claims in Plaintiff's Complaint against Defendants are dismissed WITH PREJUDICE; and,

2. All parties shall bear their own costs.

SIGNED this 16th day of February, 2001.

_____
JUDGE PRESIDING

14

**AGREED ORDER OF DISMISSAL – Page 1**

AGREED AS TO FORM AND CONTENT:

*Carrie Hoffman*
Douglas D. Haloftis
State Bar Number 08804400
Carrie B. Hoffman
State Bar Number 00787701
GARDERE & WYNNE, L.L.P.
1601 Elm Street
3000 Thanksgiving Tower
Dallas, Texas 75201
Telephone: (214) 999-3000
Telecopier: (214) 999-4667

**ATTORNEYS FOR DEFENDANTS**

*Scott B. Stambush*
Scott B. Stambush
State Bar No. 00789807
Federal ID No: 23822
Douglas B. Welmaker
State Bar No. 00788641
Federal ID No. 17038

LAW OFFICE OF SCOTT B. STAMBUSH
3223 Smith Street, Suite 304
Houston, Texas 77006
Telephone: (713) 526-8800
Facsimile: (713) 524-2408

**ATTORNEY FOR PLAINTIFF**

**AGREED ORDER OF DISMISSAL – Page 2**
DALLAS 967060v1